UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ROOSEVELT POARCH,<br><br>Plaintiff,<br><br>v.<br><br>LENICK RANDY, et al.,<br><br>Defendants. | No. 2:20-cv-1191-EFB P<br><br><br><br>ORDER |

Plaintiff is proceeding without counsel in a civil action. In addition to filing a complaint, he has filed a partial request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis; and

2. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order may result in dismissal of this action.

DATED: June 22, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE